## Melvin *v.* The State.

Lumpkin, J. The evidence was sufficient to support the verdict; and no error of law being complained of, there was no abuse of discretion in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted May 22,—Decided July 2, 1906.

Indictment for enticing servants. Before Judge Martin. Wilcox superior court. March 31, 1906.

*Martin Cannon* and *Max E. Land,* for plaintiff in error.

*E. D. Graham, solicitor-general,* contra.